ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| Safaa Al-Rawaby Company | ) | ASBCA No. 63146 |
| | ) | |
| Under Contract No. H92277-21-C-0013 | ) | |

APPEARANCE FOR THE APPELLANT:       Bayrak Abbas Fadel
                                                                        General Manager

APPEARANCES FOR THE GOVERNMENT:       Caryl A. Potter, III, Esq.
                                                                                    Air Force Deputy Chief Trial Attorney
                                                                                 Maj James B. Leighton, USAF
                                                                                    Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE MCLISH
ON APPELLANT'S SECOND MOTION FOR RECONSIDERATION

Before the Board is appellant Safaa Al-Rawaby Company's (Safaa) second motion for reconsideration of our March 15, 2023 entry of summary judgment in favor of the government. We denied Safaa's first motion for reconsideration on April 10, 2023. The present motion was submitted to us on April 14, 2023.

The Board's Rules do not provide for a second motion for reconsideration. Accordingly, appellant's motion is denied.

Dated: May 4, 2023

_____
THOMAS P. MCLISH
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                           I concur

_____      _____

RICHARD SHACKLEFORD          J. REID PROUTY
Administrative Judge              Administrative Judge
Acting Chairman                  Vice Chairman
Armed Services Board            Armed Services Board
of Contract Appeals              of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 63146, Appeal of Safaa Al-Rawaby Company, rendered in conformance with the Board's Charter.

Dated: May 4, 2023

_____

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2